## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Alicia McGowan and Joshua McGowan,<br><br>    Plaintiffs,<br><br>v.<br><br>Experian Information Solutions, Inc.,<br><br>    Defendant. | Civil No. 16-cv-1919 (SRN/HB)<br><br>**ORDER ON REPORT<br>AND RECOMMENDATION** |

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge.  No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. Defendant Experian Information Solutions, Inc.'s Motion to Dismiss for Failure to Prosecute [Doc. No. 33], is **GRANTED**; and

3. This action is summarily **DISMISSED** without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 27, 2017         s/Susan Richard Nelson
                                  SUSAN RICHARD NELSON
                                  United States District Judge